IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIRK J. SLAGLE,                )
                               )
    Plaintiff,                 )
                               )
    v.                         )   CIVIL ACTION NO.
                               )    3:24cv656-MHT
                               )         (WO)
RUSSELL COUNTY SHERIFF         )
DEPARTMENT, et al.,            )
                               )
    Defendants.                )
```

DISMISSAL ORDER

Upon consideration of plaintiff's motion to dismiss this case and motion to vacate the filing fee order (Doc. 11), it is ORDERED that:

(1) The motion to vacate the filing fee order is denied.

(2) The motion to dismiss is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and this case is dismissed without prejudice.

This case is closed.

DONE, this the 4th day of December, 2024.

          /s/ Myron H. Thompson
          **UNITED STATES DISTRICT JUDGE**