# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIRK J. SLAGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:24cv656-MHT |
| ) | (WO) |
| RUSSELL COUNTY SHERIFF ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is ORDERED that the dismissal order entered on December 4, 2024 (Doc. 12) is vacated, this case is reopened, and plaintiff's motion to dismiss this case (Doc. 11) and motion to vacate the filing fee order (Doc. 11) are reinstated.

DONE, this the 11th day of December, 2024.

                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE