IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIRK J. SLAGLE,                )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       3:24cv656-MHT
                               )           (WO)
RUSSELL COUNTY SHERIFF         )
DEPARTMENT, et al.,            )
                               )
     Defendants.               )
```

ORDER

Upon consideration of plaintiff's motion to vacate the filing fee order, it is ORDERED that the motion (Doc. 11) is granted, and the November 15, 2024 order (Doc. 8) (which granted plaintiff's motion to proceed in forma pauperis, required plaintiff to make payments towards the filing fee, and required persons having custody of plaintiff to forward payments from plaintiff's inmate account to the clerk of court) is vacated and is no longer in effect.

The clerk of court shall not accept any payments of the filing fee in this case, and is DIRECTED to furnish

a copy of this order to the inmate account clerk at the facility where plaintiff is incarcerated.

DONE, this the 11th day of December, 2024.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE