IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
KIRK J. SLAGLE,                )
                               )
    Plaintiff,                 )
                               )
    v.                         )    CIVIL ACTION NO.
                               )      3:24cv656-MHT
                               )         (WO)
RUSSELL COUNTY SHERIFF         )
DEPARTMENT, et al.,            )
                               )
    Defendants.                )
```

## DISMISSAL ORDER

Upon consideration of plaintiff's motion to dismiss this case voluntarily (Doc. 11), it is ORDERED that the motion to dismiss is construed as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and this case is dismissed without prejudice.

This case is closed.

DONE, this the 11th day of December, 2024.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE