IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| KIRK J. SLAGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:24cv656-MHT |
| ) | (WO) |
| RUSSELL COUNTY SHERIFF ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiff's December 9, 2024, motion to dismiss and vacate the filing fee order, it is ORDERED that the motion (Doc. 16) is denied as moot. On December 11, 2024, the court entered orders dismissing this case at plaintiff's request and granting plaintiff's motion to vacate the order requiring the payment of a filing fee.  *See* Orders (Doc. 14 and Doc. 15).

DONE, this the 10th day of January, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**